IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF MARYLAND
-NORTHERN DIVISION-

| | |
|---|---|
| **CHARLES T. ROBINSON, SR.**<br>6311 Dry Stone Gate<br>Columbia, Maryland 21045<br><br>and<br><br>**SILVERBACK, LLC**<br>6311 Dry Stone Gate<br>Columbia, Maryland 21045,<br><br>        **Plaintiffs,**<br><br>v.<br><br>**DUNKIN' DONUTS**<br>15 Pacella Park Drive<br>Randolph, MA 02368,<br>  and<br><br>**BASKIN-ROBBINS**<br>15 Pacella Park Drive<br>Randolph, MA 02368<br><br>    Serve on:<br><br>    The Maryland Division of<br>    Securities<br>    200 St. Paul Place, 20th Floor<br>    Baltimore, Maryland 21202-2020<br><br>          **Defendants.** | **Civil Case:**<br>**CCB-03-CV-460** |

## MOTION FOR DEFAULT

  **CHARLES T. ROBINSON, SR.** (hereinafter "Robinson") and SILVERBACK, LLC (hereinafter "Silverback"), Plaintiffs, by their attorneys, Charles Jerome Ware, P.A., Attorneys

and Counsellors, pursuant to Federal Rules of Civil Procedure 55, et al., and Local Rules, hereby file this Motion for Default against defendants Dunkin' Donuts, Inc. and Baskin Robbins, Inc., and in further support state:

1. In February 2003, Plaintiffs served upon Defendants the Complaint in this case (**EXHIBIT A**).

2. On March 11th, 2003, counsel for the Defendants (Peter V. Taylor) and Plaintiffs' counsel (Charles Jerome Ware) agreed to a voluntary substitution of defendants and an Amended Complaint filing (**EXHIBIT B**).

3. On March 13th, 2003, Defendants filed with the Court their Disclosure documents (**EXHIBIT C**).

4. On March 19th, 2003, the Court acknowledged receipt of Defendants' Disclosure documents (**EXHIBIT D**).

5. On March 26th, 2003, at 5:15 PM EST, Plaintiff filed with the Court and served upon Defendants the Amended Complaint as agreed on March 11th (**EXHIBIT E**).

6. To this date, the Defendants have not responded to either the original Complaint or the amended Complaint in this case; therefore, a default judgment should be entered against the Defendants.

7. Pursuant to Fed. R.C.P. 55(a): when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

8. Pursuant to Fed. R.C.P. 55(b) since the Defendant corporations are neither infants nor incompetent persons, Plaintiffs' claims against Defendants are for a sum certain and/or a sum which can by computation be made certain, and Plaintiffs respectfully request that the amount herein stated be entered as a judgment for that amount and costs against the Defendants.

**WHEREFORE**, Plaintiffs respectfully request:

A. That judgment be entered for default against the Defendants Dunkin' Donuts and Baskin-Robbins.

B. That judgment for compensatory damages be entered for Plaintiff Charles T. Robinson, Sr. against Defendants, pursuant to Fed. R.C.P. (55)(b)(2) in the total amount of $5,505,919.00 and award punitive damages in the amount of $5,000,000.00.

C. That judgment for compensatory damages be entered for Plaintiff Silverback, LLC against Defendants, pursuant to Fed. R.C.P. (55)(b)(2) in the total amount of $5,505,919.00 and award punitive damages in the amount of $5,000,000.00.

D. That the relief requested in Count III of the Complaint be GRANTED.

E. That the relief requested in Count IV of the Complaint be GRANTED.

F. That Plaintiffs be awarded such other and further relief as the Court deems proper and/or appropriate in this case.

Respectfully submitted,
**CHARLES T. ROBINSON, SR.**
and

**SILVERBACK, LLC**
**Plaintiffs**

By:   ____/s/_____        By:   _____/s/_____
     Charles T. Robinson, Sr.,                            Charles Jerome Ware, Esquire
     for himself individually, as well as
     for Silverback, LLC., a Maryland                     Charles Jerome Ware, P.A.
     Limited Liability Company                            Attorneys & Counsellors
                                                          The Century Plaza Building
                                                          10630 Little Patuxent Parkway
                                                          Suite 113
                                                          Columbia, MD 21044

                                                          Ph: (410) 730-5016
                                                          Fax: (410) 730-7603

                                                          Attorneys for the Plaintiffs

## Certificate of Service

**I HEREBY** certify that on this _____ day of _____, 2003, a copy of the foregoing _____ was mailed, first class, postage pre-paid to:

Peter V. Taylor
Schmeltzer, Aptaker & Shepard, P.C.
Counselors at Law
The Watergate
2600 Virginia Avenue, Suite 1000, NW
Washington, DC 20037-1922

_____
Charles Jerome Ware