### SCHMELTZER, APTAKER & SHEPARD, P.C.
COUNSELORS AT LAW
THE WATERGATE
2600 VIRGINIA AVENUE, NORTHWEST, SUITE 1000
WASHINGTON, D.C. 20037-1922
WEB SITE http://www.saspc.com
E-MAIL sas@saslaw.com
FAX (202) 337-6065
(202) 333-8800


PLAINTIFF'S EXHIBIT B

March 11, 2003

Charles Jerome Ware, P.A.
The Century Plaza Building
10630 Little Patuxent Parkway
Suite 113
Columbia, MD 21044

Re:   *Robinson, et al. v. Allied Domecq Quick Service Restaurants*
      Case No. CCB 03 CV 460

Dear Mr. Ware:

I am writing to confirm our agreement regarding the Defendant's deadline to answer or otherwise respond to the Complaint filed in this matter. As we discussed, Allied Domecq, QSR ("ADQSR") is not a proper party to this action; it is an unincorporated entity. Given the allegations in your Complaint, Dunkin' Donuts Incorporated would be the proper defendant. As a result, you agreed to amend the Complaint by substituting Dunkin' Donuts Incorporated for ADQSR. In addition, this office agreed to accept service of such an Amended Complaint on behalf of Dunkin' Donuts Incorporated.

Notwithstanding the foregoing, you had previously agreed to a two-week extension of the March 17th deadline for ADQSR to answer or otherwise respond to the Complaint. Should a substitution of parties not be forthcoming, ADQSR's deadline to file an answer or other response will be March 31, 2003.

Please contact me immediately in writing if your understanding of our conversation differs from that set forth above. Thank you for your cooperation on these issues.

Sincerely,

Peter V. Taylor

PVT:rah