**SCHMELTZER, APTAKER & SHEPARD, P.C.**
COUNSELORS AT LAW
THE WATERGATE
2600 VIRGINIA AVENUE, NORTHWEST, SUITE 1000
WASHINGTON, D.C. 20037-1922
WEB SITE http://www.saspc.com
E-MAIL sas@saslaw.com
FAX (202) 337-6065
(202) 333-8800



*Peter Taylor*
*(202) 625-3311*
*FAX*

March 13, 2003

**VIA FIRST-CLASS MAIL**

Office of the Clerk
United States District Court of Maryland
Northern Division
4415 U.S Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:   *Robinson, et al. v. Allied Domecq Quick Service Restaurants*
            Case No. CCB 03 CV 460

Dear Clerk of Court:

    Enclosed for filing in the above-referenced matter are the "Original" and three "Copies" of the Disclosure of Affiliations and Financial Interest Pursuant to Local Rule 103.3.

    Please return the stamped "Stamp and Return" copy to our office in the enclosed, self-addressed, stamped envelope.

    If you have any questions, please feel free to contact me. Thank you in advance for your help in this matter.

Sincerely,

Megan A. De Renzis
Assistant to Peter V. Taylor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CHARLEST T. ROBINSON, SR., and SILVERBACK, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED DOMECQ QUICK SERVICE RESTAURANTS, <br><br> Defendant. | C.A. No. CCB 03 CV 460 |

## DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST PURSUANT TO LOCAL RULE 103.3

Pursuant to Rule 103.3 of the Local Rules for the United States District Court for the District of Maryland, Defendant Allied Domecq Quick Service Restaurants makes the following disclosure:

a) <u>Corporate Affiliation</u>:

Allied Domecq Quick Service Restaurants ("ADQSR") is an unincorporated entity created to integrate the field and support staffs from the separate corporations of Dunkin' Donuts Incorporated, Baskin-Robbins Incorporated, and Togo's Eateries, Inc. Dunkin' Donuts Incorporated, Baskin-Robbins Incorporated, and Togo's Eateries, Inc. are indirect wholly-owned subsidiaries of Allied Domecq PLC ("Allied Domecq"). Allied Domecq, in turn, is a publicly traded United Kingdom company primarily engaged in the beverage and food business. Other Allied Domecq US subsidiaries market and/or manufacture goods under the following brand names: Tetley Tea and Martinson's, Savarin and other coffees, Kahlua, Ballantines, Courvoisier, Canadien Club, Tia Maria and other spirits, wines, and liquors

b) <u>Financial Interest In the Outcome Of The Litigation</u>:

Allied Domecq Quick Service Restaurants is unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case and other than those disclosed above, which may have a financial interest in the outcome of this litigation.

_____
Robert L. Zisk  (District of Md. Bar No. 07147)
David E. Worthen  (District of Md. Bar No. 15420)
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037
Telephone:    (202) 333-8800
Facsimile:    (202) 625-3311

Attorneys for Defendant
Allied Domecq Quick Service Restaurants

Dated: March 12, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2003, a true copy of the foregoing Disclosure of Affiliations and Financial Interest Pursuant to Local Rule 103.3 was sent via first-class mail, postage prepaid, to the following:

Charles Jerome Ware, P.A
Attorneys & Consellors
The Century Plaza Building
10630 Little Patuxent Parkway
Suite 113
Columbia, MD 21044

*Megan A. De Renzis* (signature)
Megan A. De Renzis

3