IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF MARYLAND
-NORTHERN DIVISION-

| | |
|---|---|
| **CHARLES T. ROBINSON, SR.**<br>6311 Dry Stone Gate<br>Columbia, Maryland 21045<br><br>and<br><br>**SILVERBACK, LLC**<br>6311 Dry Stone Gate<br>Columbia, Maryland 21045,<br><br>             Plaintiffs,<br><br>v.<br><br>**DUNKIN' DONUTS**<br>15 Pacella Park Drive<br>Randolph, MA 02368,<br>     and<br><br>**BASKIN-ROBBINS**<br>15 Pacella Park Drive<br>Randolph, MA 02368<br><br>    Serve on:<br><br>The Maryland Division of<br>Securities<br>200 St. Paul Place, 20th Floor<br>Baltimore, Maryland 21202-2020<br><br>             Defendants. | **Civil Case:**<br>**CCB-03-CV-460** |

## ORDER

**HAVING READ AND CONSIDERED** the foregoing Motion for Default filed by Plaintiffs Charles T. Robinson, Sr. and Silverback, LLC, and opposition, if any, it is this _____ day of _____, 2003, hereby

**ORDERED** that Default Judgment against Defendants Dunkin' Donuts and Baskin-Robbins is GRANTED; and it is further

**ORDERED** that Defendants Dunkin' Donuts and Baskin-Robbins pay compensatory damages to Plaintiff Charles T. Robinson, Sr. in the amount of $5,505,919.00; and it is further

**ORDERED** that Defendants Dunkin' Donuts and Baskin-Robbins pay compensatory damages to Plaintiff Silverback, LLC in the amount of $5,505,919.00; and it is further

**ORDERED** that the Relief requested in Counts III and IV of the Complaint is hereby **GRANTED**.

_____
Judge, U.S. District Court of Maryland for the District of Maryland

copies to:

Charles Jerome Ware, Esquire
Charles Jerome Ware, P.A.
Attorneys & Counsellors
The Century Plaza Building
10630 Little Patuxent Parkway
Suite 113
Columbia, MD 21044
Attorneys for Plaintiffs

and

Peter V. Taylor
Schmeltzer, Aptaker & Shepard, P.C.
Counselors at Law
The Watergate
2600 Virginia Avenue, Suite 1000, NW
Washington, DC 20037-1922
Attorneys for Defendants