IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES T. ROBINSON, SR. and : | |
| SILVERBACK, LLC : | |
| : | |
| v. : | CIVIL NO. CCB-03-460 |
| : | |
| DUNKIN' DONUTS and : | |
| BASKIN-ROBBINS : | |

...o0o...

**ORDER**

It is clear that any delay in defendants' responding to the amended complaint resulted from, at worst, a misunderstanding between counsel. Absolutely no prejudice has been shown. Accordingly, it is hereby **ORDERED** that:

1. the Plaintiffs' Motion for Default Judgment is **Denied**; and

2. the Clerk shall Send copies of this Order to counsel of record.


    June 13, 2003                              /s/
        Date                           Catherine C. Blake
                                       United States District Judge