



$50 FEE PAID
#1952623
FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

2003 JUN 20  A 9: 2

Charles T. Robinson, Sr., et al.
      Plaintiff(s)

        vs.

Dunkin' Donuts Incorporated, et al.
      Defendant(s)

Case No.: CCB 03 CV 460 AT BALTIM

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Eric L. Yaffe, am a member in good standing of the bar of this Court. My bar number is 15595. I am moving the admission of Peter V. Taylor to appear *pro hac vice* in this case as counsel for Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| United States Supreme Court | 10/16/96 |
| D.C. Court of Appeals | 8/31/89 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules



of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or Peter V. Taylor, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT

_____
Signature

Eric L. Yaffe
Printed Name

Schmeltzer, Aptaker & Shepard, P.C.
Firm

2600 Virginia Avenue, N.W., 1000, Washington, DC 20037
Address

(202) 333-8800
Telephone Number

(202) 625-3311
Fax Number

PROPOSED ADMITTEE

_____
Signature

Peter V. Taylor
Printed Name

Schmeltzer, Aptaker & Shepard, P.C.
Firm

2600 Virginia Avenue, N.W., #1000, Washington, DC 20037
Address

(202) 333-8800
Telephone Number

(202) 625-3311
Fax Number

****************************************************************

## ORDER

☒ GRANTED      ☐ DENIED

6-24-03
Date

**Felicia C. Cannon**
Clerk, United States District Court
by: _____