## IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### -NORTHERN DIVISION-

| | |
|---|---|
| **CHARLES T. ROBINSON, SR.** ) <br> 6311 Dry Stone Gate ) <br> Columbia, Maryland 21045 ) <br>   ) <br> and ) <br>   ) <br> **SILVERBACK, LLC** ) <br> 6311 Dry Stone Gate ) <br> Columbia, Maryland 21045, ) <br>                    **Plaintiffs,** ) <br>   ) <br> v. ) <br>   ) <br> **DUNKIN' DONUTS** ) <br> 15 Pacella Park Drive ) <br> Randolph, MA 02368, ) <br>    and ) <br>   ) <br> **BASKIN-ROBBINS** ) <br> 15 Pacella Park Drive ) <br> Randolph, MA 02368 ) <br>   ) <br>           Serve on: ) <br>   ) <br> The Maryland Division of ) <br> Securities ) <br> 200 St. Paul Place, 20th Floor ) <br> Baltimore, Maryland 21202-2020 ) <br>   ) <br>                   **Defendants.** ) <br>   ) | Civil Case: <br> CCB-03-CV-460 |

### MOTION FOR POSTPONEMENT
### OF SETTLEMENT CONFERENCE
### SET FOR JULY 9TH, 2003, AT 11:00 AM

---

**CHARLES T. ROBINSON, SR.** (hereinafter "Robinson") and SILVERBACK, LLC

(hereinafter "Silverback"), Plaintiffs, by their attorneys, Charles Jerome Ware, P.A., Attorneys and Counsellors, pursuant to Federal Rules of Civil Procedure, et al., and Local Rules, hereby file this Motion for Postponement and in further support state:

1. On June 23, 2003, the Honorable Judge Paul Grimm issued a Order Scheduling Settlement Conference.

2. Mr. Ware did not receive any notification regarding the Order until July 2, 2003.

3. Mr. Ware is previously scheduled to be a jury trial in the Circuit Court for Howard County, in re State v. David Hurley Swann, Criminal Case No. 13-K-042482, on July 9th, 2003 at 8:45AM.

4. Mr. Ware, immediately upon notification by the Court, called opposing counsel, Peter V. Taylor (202) 333-8800. Mr. Taylor was out of the office, so Mr. Ware spoke with Mr. Robert Zisk, who is also counsel of record for the Defendants.

5. Mr. Zisk indicated that he does not object to this postponement.

6. Mr. Ware respectfully requests, and Mr. Zisk does not object to the request, that the Parties reschedule the Settlement Conference as soon as possible to a mutually convenient date for the Court and the Parties.

7. Mr. Ware apologizes for any inconvenience caused, and he assures the Court and opposing counsel that this motion is made in good faith and without any desire or intent whatsoever to delay these proceedings.

**WHEREFORE**, Charles T. Robinson, Sr. and Silverback, LLC respectfully requests that

A. The Motion for Postponement be GRANTED.

B. That the Settlement Conference be reschedule the Settlement Conference as soon as possible to a mutually convenient date for the Court and the Parties.

C. That Charles T. Robinson, Sr. and Silverback, LLC be granted such other and further relief as the nature of their cause may require or invite.

Respectfully submitted,<br>
**CHARLES T. ROBINSON, SR.**<br>
and<br>
**SILVERBACK, LLC**<br>
Plaintiffs

By: ____/s/_____     By: _____/s/_____
    Charles T. Robinson, Sr.,                               Charles Jerome Ware, Esquire
    for himself individually, as well as
    for Silverback, LLC., a Maryland                        Charles Jerome Ware, P.A.
    Limited Liability Company                               Attorneys & Counsellors
                                                            The Century Plaza Building
                                                            10630 Little Patuxent Parkway
                                                            Suite 113
                                                            Columbia, MD 21044

                                                            Ph: (410) 730-5016
                                                            Fax: (410) 730-7603

                                                            Attorneys for the Plaintiffs

**Certificate of Service**

    **I HEREBY** certify that on this 2nd day of July, 2003, a copy of the foregoing <u>Motion for Postponement of Settlement Conference on July 9th, 2003 at 11:00 AM</u> was mailed, first class, postage pre-paid to:

Peter V. Taylor<br>
Schmeltzer, Aptaker & Shepard, P.C.<br>
Counselors at Law<br>
The Watergate<br>
2600 Virginia Avenue, Suite 1000, NW<br>
Washington, DC 20037-1922

                                                            _____
                                                            Charles Jerome Ware

Case 1:03-cv-00460-CCB    Document 15    Filed 07/02/2003    Page 4 of 4