**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES MAGISTRATE JUDGE**

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

September 30, 2003

RE: *Robinson v. Duncan Donuts*
　　CCB-03-460

## MEMORANDUM FOR COUNSEL

Dear Counsel:

　　As we discussed at today's settlement conference, we will recess until November 17, 2003, at **10:30** a.m. to permit counsel to engage in informal discovery, to include exchange of documents and informal interviews with witnesses. Additionally, I have asked Mr. Taylor to provide Mr. Ware (and myself) with authority regarding recoverable damages in the event that Mr. Robinson prevails in his assertion that there was a breach of the franchise agreement.
　　I have recommended that Judge Blake informally stay all proceedings in this case until after we meet again. You may assume that she has agreed to do so, unless I advise you otherwise.
　　When we meet next, counsel please will be accompanied by their client/client representatives. I am sending this letter electronically, as it contains no confidential information..

Sincerely,

/s/
Paul W. Grimm
United States Magistrate Judge

cc: Honorable Catherine C. Blake