## SCHMELTZER, APTAKER & SHEPARD, P.C.
COUNSELORS AT LAW
THE WATERGATE
2600 VIRGINIA AVENUE, NORTHWEST, SUITE 1000
WASHINGTON, D.C. 20037-1922
WEB SITE http://www.saspc.com
E-MAIL sas@saslaw.com
FAX (202) 337-6065
(202) 333-8800

November 11, 2003

Office of the Clerk
United States District Court of Maryland
Northern Division
4415 U.S Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:   *Robinson, et al. v. Dunkin' Donuts Incorporated, et al.*
            Case No. CCB 03 CV 460

Dear Clerk of Court:

    Enclosed for filing in the above-referenced matter please find the Withdrwal of Appearance for Rebecca A. Hirselj.

    Thank you for your assistance.

                      Very truly yours,

                      Michele D. Woodfolk
                      Paralegal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CHARLES T. ROBINSON, SR., and SILVERBACK, LLC, | ) ) ) ) |
| Plaintiffs, v. | ) ) )    C.A. No. CCB 03 CV 460 ) |
| DUNKIN' DONUTS, and BASKIN-ROBBINS | ) ) ) ) |
| Defendants. | ) ) |

## WITHDRAWAL OF APPEARANCE

1. Please take notice that Rebecca A. Hirselj, Esq. of the law firm of Schmeltzer, Aptaker & Shepard, P.C., has accepted other employment and is hereby withdrawing her appearance as counsel in the above referenced action.

2. Robert L. Zisk, David E. Worthen and Peter V. Taylor of the law firm of Schmeltzer, Aptaker & Shepard, P.C. will remain as counsel for Defendants.

3. Please delete Ms. Hirselj from all routing lists associated with this case.

Respectfully submitted,

_____
Robert L. Zisk   (District of Md. Bar No. 07147)
David E. Worthen  (District of Md. Bar No. 15420)
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 333-8800
Facsimile: (202) 625-3311

Attorneys for Defendants
Dunkin' Donuts Incorporated and
Baskin-Robbins USA, Co.

Dated: November 11, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2003, a true copy of the foregoing Withdrawal of Appearance was served via first class mail postage prepaid to counsel of record for Defendants:

Charles Jerome Ware
Charles Jerome Ware, P.A.
The Century Plaza Building
10630 Little Patuxent Parkway
Suite 113
Columbia, MD 21044