ORIGINAL

$50 FEE PAID
#199414
___ FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 NOV 24  A 10: 24

CHARLES T. ROBINSON, SR., et al.
    Plaintiff(s)

vs.

DUNKIN' DONUTS, et al.
    Defendant(s)

Case No.: 1:03-CV-00460-CCB

BY

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David E. Worthen, am a member in good standing of the bar of this Court. My bar number is 15420   I am moving the admission of Roland B. Ninomiya to appear *pro hac vice* in this case as counsel for Dunkin' Donuts and Baskin-Robbins.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Virginia | 10/27/97 |
| Bar of the District of Columbia | 10/12/01 |
| Eastern District of Virginia | 6/14/02 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or Robert L. Zisk                          , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.   The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT

_____
Signature

David E. Worthen
Printed Name

Schmeltzer, Aptaker & Shepard, P.C.
Firm

2600 Virginia Ave., #1000, DC 20037
Address

(202) 333-8800
Telephone Number

(202) 625-3311
Fax Number

PROPOSED ADMITTEE

_____
Signature

Roland B. Ninomiya

Schmeltzer, Aptaker & Shepard, P.C.
Firm

2600 Virginia Ave., #1000, DC  20037
Address

(202) 333-8800
Telephone Number

(202) 625-3311
Fax Number

****************************************************************

ORDER

☑ GRANTED       ☐ DENIED

11-24-03
Date

Felicia C. Cannon
Clerk, United States District Court
by: _____