**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

December 8, 2003

RE: *Robinson v. Dunkin Donuts*
    CCB-03-460

**MEMORANDUM FOR COUNSEL**

Dear Counsel:

    Thank you for your December 3, 2003 status report. Please provide me with another brief status letter by January 31, 2004. Additionally, I have been assigned the case for all discovery disputes. I have adopted expedited measures to resolve discovery disputes. In the event that there are any disputes that cannot be resolved in good faith by counsel, you should schedule a telephone conference with me and I will outline how to proceed.

                                                  Sincerely,

                                                  /S/

                                        Paul W. Grimm
                                  United States Magistrate Judge

cc: Honorable Catherine C. Blake