**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>PAUL W. GRIMM<br>UNITED STATES MAGISTRATE JUDGE | 101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-4560<br>(410) 962-3630 FAX |

April 6, 2004

RE: *Robinson v. Duncan Donuts,* CCB-03-460.

**LETTER ORDER**

Dear Counsel:

In furtherance of our conference call yesterday, the Court requests that the parties submit, within 10 business days, a proposed joint pretrial schedule setting dates for discovery deadlines, and all pretrial events through and including the filing of dispositive motions.

Thank you for your assistance.

Sincerely,

/s/

Paul W. Grimm
United States Magistrate Judge

cc: Honorable Catherine C. Blake