# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**

**PAUL W. GRIMM**

**UNITED STATES MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**

**BALTIMORE, MARYLAND 21201**

**(410) 962-4560**

**(410) 962-3630 FAX**

April 22, 2004

**MEMORANDUM TO COUNSEL**

RE:  Charles Robinson,Sr. v. Dunkin' Donuts, et al
     Civil Action No.: CCB-03-460

Dear Counsel:

This letter will confirm the proposed joint pre-trial schedule
submitted on April 20, 2004.

**May 14, 2004**      Mandatory Disclosures (Rule 26(a)(1)

**June 1, 2004**      Addition of Parties/Amendment of Pleading

**September 30, 2004** Factual Discovery Cut-Off
                     (Excluding Expert Testimony)

**November 15, 2004** Plaintiff Designation of Expert and
                     Provision of Expert Report

**December 1, 2004**  Defendant's Designation

**January 14, 2005**  Expert Discovery Completion

**Robinson v. Dunkin Donuts**
**Civil Action No.: CCB-03-460**
**April 22, 2004**


     **March 1, 2005**       Dispositive Motions


     Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.


                         Very truly yours,

                           /s/

                         Paul W. Grimm,
                         United States Magistrate Judge


cc:  Court File
     Judge Catherine C. Blake