UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

_____
                                                )
**CHARLES T. ROBINSON, SR.**     )
6311 Dry Stone Gate               )
Columbia, Maryland 21045      )
                                          )
    and                           )
                                          )
**SILVERBACK, LLC**              )
6311 Dry Stone Gate               )
Columbia, Maryland 21045,     )
                                          )
                   **Plaintiffs,**       )
                                          )
v.                                           )   Civil Case: CCB-03-C460
                                          )
**DUNKIN' DONUTS**            )
15 Pacella Park Drive            )
Randolph, MA 02368,         )
                                          )
    and                           )
                                          )
**BASKIN-ROBINS,**              )
15 Pacella Park Drive            )
Randolph, MA 02368          )
                                          )
                   **Defendants.**   )
_____)

**MOTION TO WITHDRAW AS ATTORNEYS**

      **COME NOW** Charles Jerome Ware, P.A., Esquire and Charles Jerome Ware, P.A., Attorneys and Counsellors, and move the Court for leave to withdraw as the attorneys of record for the Plaintiffs, Charles T. Robinson, Sr. and Silverback, LLC, in this cause and in support thereof state:

1.	Movants, Charles Jerome Ware, P.A., Esquire and Charles Jerome Ware, P.A., Attorneys and Counsellors, have permission of Plaintiffs and are in agreement with Plaintiffs, to withdraw their legal representation (See <u>Exhibit A and B</u>).

2.	Plaintiffs have either retained new counsel or are in the process of retaining new counsel to represent them (See <u>Exhibit B</u>).

3.	Plaintiffs request a reasonable extension of the Discovery period in this litigation to accommodate this process of transaction.

                                                  Respectfully submitted,

                                                  CHARLES T. ROBINSON, SR.
                                                            and
                                                SILVERBACK, LLC,
                                                                     Plaintiffs,

By:	_____
       Charles Jerome Ware, Esquire

       Charles Jerome Ware, P.A., Esquire
       Attorneys and Counsellors
       One Thousand Century Plaza Building
       10630 Little Patuxent Parkway
       Suite 113
       Columbia, Maryland 21044
       <u>PH</u>  (410) 730-5016
       <u>FAX</u>  (410) 730–7603

       Attorneys for the Plaintiffs,

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ____ day of September, 2004, a copy of the foregoing Motion To Withdraw as Attorneys was mailed, first class, postage pre-paid to:

>Peter V. Taylor, Esquire
>Schmeltzer, Aptaker & Shepard, P.C.
>Counselors at Law
>The Watergate
>2600 Virginia Avenue, N.W., Suite 100
>Washington, D.C.  20037-1922


By: _____
Charles Jerome Ware, P.A., Esquire