

# Charles Jerome Ware, *P.A.*

## Attorneys (R Counsellors at Law
www.CharlesJeromeWare.com

August 11, 2004

Charles T. Robinson, Sr.
6311 Dry Stone Gate
Columbia, Maryland 21045

**VIA FAX (410-799-8829)**
**AND FIRST CLASS MAIL, USPS**

    Re:    Charles T Robinson Sr., Silverback, LLC vs. Dunkin' Donuts and Baskin-Robbins, Civil Case No. CCB-03-CV-460

Dear Charles:

    This letter predictably follows up on a discussion concerning my withdrawal that you and I had over the telephone last month, in which you assured me that you would have no problem with this action and that you would easily get new legal counsel. I agree with you that you should have no problem securing new legal counsel.

    Kindly note that, effectively immediately I will be filing a Motion for Withdrawal as the attorney for both Charles T. Robinson, Sr. and Silverback, LLC in the above referenced lawsuit.

    After completion of Robert Hodges' deposition this afternoon, I spoke in private with Dunkin' Donuts legal counsel Peter Taylor regarding my intention to withdraw my appearance. Mr. Taylor volunteered that he would cooperate with you and your new legal counsel in this process of transition, including agreeing to a reasonable extension of the Discovery period in this litigation.

yes -~ you all the best.

Sincerely,

Charles Jerome ~a>~ P. A.,   Esquire

Century Plaza Building 10630 Little
Patuxent Parkway Suite 113
Columbia, Maryland 21044

Phone 410.720.6129
410.730.5016
Fax   410.730.7603
www.CharlesJeromeWare.com

Charles T. Robinson, Sr.
Kwik Kopy Business Center
7914 Belair Rd.
Baltimore, Md. 21236

410-663-4500

410-663-5905 (Fax)    crobinson c@kkbconline.com

August 17, 2004

Charles J. Ware, P.A.
Attorney At Law
10630 Little Patuxent Pkwy
Suite 113
Columbia, Maryland 21044

Dear Charles

I received your letter today stating your- intention to immediately file for Motion of Withdrawal as counsel for both Charles T. Robinson, Sr. and Silverback, LLC.

I ask that you please send all documents, notes, files, the last deposition and any related materials to me at my shop address listed above. So I may have it for new counsel. You also may mail it C.O.D.

Thank you,

~'4 6~1

Charles T. Robinson, Sr.

ik~opy

KWIK KOPY BUSINESS CENTER
7914 Belair Road * Baltimore, MD 21236
410-663-4500 * www.kkbcorilirie.com/ll8 * Fax: 410-663-5905

UINIH

*ACertififtd Smice of Ku,ik Ropy Business Ctruers*
PARCEL
~ PLUS
**Your Pack and Ship Solution**