UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
2004 SEP 24 A 10: 39
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

| | |
|---|---|
| CHARLES T. ROBINSON, SR.<br>6311 Dry Stone Gate<br>Columbia, Maryland 21045<br><br>and<br><br>SILVERBACK, LLC<br>6311 Dry Stone Gate<br>Columbia, Maryland 21045,<br><br>    Plaintiffs,<br><br>v.<br><br>DUNKIN' DONUTS<br>15 Pacella Park Drive<br>Randolph, MA 02368,<br><br>and<br><br>BASKIN-ROBINS,<br>15 Pacella Park Drive<br>Randolph, MA 02368<br><br>    Defendants. | Civil Case: CCB-03-C460 |

## ORDER

**UPON APPLICATION** of Charles Jerome Ware, P.A., Esquire and Charles Jerome Ware, P.A., Attorney and Counsellors, to withdraw as attorneys for the Plaintiffs, Charles T. Robinson, Sr. and Silverback, LLC, it is hereby

**ORDERED** that the Motion to Withdraw As Attorneys is **GRANTED**.

*Status Report due 10/20/04.*

_____  9/24/04
Judge