## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
### DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy

Reply to Northern Division Address

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2004 OCT -4 P 3 33 CLERK'S OFFICE AT BALTIMORE _____ DEPUTY*

September 29, 2004

### MEMORANDUM TO ALL COUNSEL/PARTIES

RE:    Robinson, et al v. Allied Domecq Quick
       CCB 03-cv-460

The following party is now proceeding without counsel, *("pro se")*: **Charles T. Robinson, Sr.** and his corporation **Silverback, LLC**. This case:

[ ]   Is now exempt from electronic filing. All documents must be filed with the Court and served in paper format.

[X]   Will remain subject to electronic filing. Counsel is directed to file documents electronically with the Court and serve a paper copy on any *pro se* party. Any person representing her/himself is directed to file with the Court and serve all documents in paper format. The Clerk is directed to scan and electronically file all paper documents received from a party representing her/himself which would otherwise be filed electronically.

_____
Judge Catherine C. Blake
United States District Judge

Letter re pro se party (7/21/2004)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov