UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CHARLES T. ROBINSON, SR., and SILVERBACK, LLC, <br><br> Plaintiffs, <br> v. <br><br> DUNKIN' DONUTS and BASKIN-ROBBINS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 1:03-CV-00460-CCB |

**DEFENDANTS' STATUS REPORT PURSUANT TO
THE COURT'S ORDER OF SEPTEMBER 24, 2004**

Pursuant to the Court's Order of September 24, 2004 (in which the Court granted the application of Plaintiffs' counsel to withdraw), Defendants report that since Plaintiffs' letter to the Court dated September 28, 2004, Defendants have received no communication from Plaintiffs concerning either their attempt to retain new counsel or any other issue.

Respectfully submitted,

/s/ David E. Worthen
Robert L. Zisk  (District of Md. Bar No. 07147)
David E. Worthen  (District of Md. Bar No. 15420)
Peter V. Taylor
Roland B. Ninomiya
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037
Telephone:    (202) 333-8800
Facsimile:    (202) 625-3311

Attorneys for Defendants
Dunkin' Donuts Incorporated and
Baskin-Robbins USA, Co.

Dated:  October 19, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2004, a true copy of the foregoing document was sent by first-class mail, postage prepaid, to the following:

Charles T. Robinson, Sr.
6311 Dry Stone Gate
Columbia, Maryland 21045

/s/ David E. Worthen_____