UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

October 25, 2004

Charles T. Robinson, Sr.
6311 Dry Stone Gate
Columbia, Maryland 21045

Robert L. Zisk, Esquire
David E. Worthen, Esquire
2600 Virginia Avenue, N.W.  Suite 1000
Washington, D.C.  20037-1922

RE:    Charles Robinson v. Dunkin Donuts and Baskin-Robbins
       Civil Action No.: CCB-03-460

Dear Counsel:

Please be advised that a Telephone Status Conference in the above case has been scheduled for Wednesday, November 10, 2004 at 4:30 p.m.  The Court would appreciate Mr. Robinson contacting our chambers at 410-962-4560 to confirm a number where he can be reached for this conference.  I would also appreciate if counsel for the defendant, Robert Zisk, initiate the call to my chambers so that we can conference Mr. Robinson into the call.

Your anticipated cooperation in this matter is greatly appreciated.

Very truly yours,

/S/

Paul W. Grimm
United States Magistrate Judge

cc:    Honorable Catherine C. Blake
       Chambers file