UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

October 25, 2004

Charles T. Robinson, Sr.
6311 Dry Stone Gate
Columbia, MD 21045

Re:     Charles T. Robinson, Sr. v. Dunkin' Donuts, Inc., et al.
        Civil No. CCB-03-460

Dear Mr. Robinson:

I would consider a reasonable discovery extension for new counsel, but will not necessarily agree to an additional four months, given that this case has been pending some time and the deadline for fact discovery had almost been reached when Mr. Ware withdrew his appearance. You should secure new counsel **no later than November 15, 2004** or else proceed by representing yourself if you wish to continue with this case. I will consider the length of any extension after November 15, 2004.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge

cc:     David Worthen, Esquire
        Peter V. Taylor, Esquire
        Judge Paul W. Grimm