**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CHARLES T. ROBINSON, SR. *et al.* | * |
| Plaintiffs, | * |
| v. | *   CIVIL ACTION NO. CCB-03-CV-460 |
| ALLIED DOMECQ QUICK SERVICE, *et al.* | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ENTRY OF APPEARANCE FOR PLAINTIFFS**
**CHARLES T. ROBINSON, SR. AND SILVERBACK, LLC**

Please enter the appearance of Charles G. Byrd, Jr. Esquire as counsel for Plaintiffs Charles T. Robinson, Sr. and Silverback, LLC.

/S/
_____
CHARLES G. BYRD, JR. (04388)
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218
(410)235-7811

Attorney for Plaintiffs
Charles T. Robinson, Sr. and
Silverback, LLC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day of 10th day of November 2004, a copy of the foregoing Entry of Appearance for Plaintiffs Charles T. Robinson, Sr. and Silverback, LLC was filed electronically with the Court Clerk, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/S/

_____

CHARLES G. BYRD, JR.