**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**PAUL W. GRIMM**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4560**<br>**(410) 962-3630 FAX** |

November 15, 2004

RE: *Robinson v. Dunkin Donuts*
    CCB-03-460

## MEMORANDUM FOR COUNSEL

Dear Counsel:

    Pursuant to our telephone conference call of November 10, 2004, counsel agreed to confer and within 14 days submit to Judge Blake, with a copy to me, a proposed schedule in which to conduct expedited and focused discovery by the Plaintiff. Thereafter, counsel will advise me when it is appropriate to set in another settlement conference. In the meantime, counsel agreed to provide me with status letters every sixty days.

    I am copying Judge Blake with this letter so that she is appraised of the current status of settlement discussions.

    Sincerely,

/s/
Paul W. Grimm
United States Magistrate Judge