IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES T. ROBINSON, SR. *et al.*    *

   Plaintiffs,    *

v.    *    CIVIL ACTION NO. CCB-03-CV-460

ALLIED DOMECQ QUICK    *
 SERVICE, *et al.*
    *

   Defendants.    *
**************************************************************************

**PROPOSED JOINT PRETRIAL SCHEDULE**

   The parties, by their undersigned attorneys, submit this Proposed Joint Pretrial Schedule for the Court's approval.

   1. To the extent any party has not provided the mandatory disclosures set forth in FRCP 26(a)(1), such disclosures shall be made no later than **December 15, 2004**.

   2. The parties shall propound discovery no later than **December 6, 2004**.

   3. The Plaintiffs shall designate their expert witnesses no later than **January 17, 2005**.

   4. The Defendants shall designate their expert witnesses no later than **February 14, 2005.**

   5. Depositions of all fact witnesses shall be completed no later than **February 25, 2005.**

   6. All expert depositions shall be completed no later than **March 11, 2005**.

   7. All dispositve motions shall be filed no later than **April 11, 2005.**

/s/ /s/
_____ _____
Charles G. Byrd, Jr. Peter V. Taylor
Alston & Byrd Schmeltzer, Aptaker & Sheppard, P.C.
2518 Maryland Avenue 2600 Virginia Avenue, NW, Suite 1000
Baltimore, Maryland 21218 Washington, DC 20037
410-235-7811 202-333-8800

Attorney for Plaintiffs Attorney for Defendants


**SO ORDERED** this _____ day of _____, 2004.



_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE