IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES T. ROBINSON, SR. *et al.* | * |
| Plaintiffs, | * |
| v. | *   CIVIL ACTION NO. CCB-03-CV-460 |
| ALLIED DOMECQ QUICK SERVICE, *et al.* | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO AMEND STIPULATED JOINT PRETRIAL SCHEDULE**

The parties, by their undersigned attorneys, move that all dates in the Stipulated Joint Pretrial Schedule, approved by the Court on November 19, 2004, be extended approximately 90 days*,* as set forth in detail below. In support thereof, the parties state as follows:

1. Due to the trial and travel schedules of counsel, and the fact that four (4) witnesses who must be deposed reside in four (4) different states (North Carolina, Virginia, Pennsylvania and New Jersey), the parties were not able to complete discovery within the time frame in the Stipulated Joint Pretrial Schedule.

2. Some of the witnesses who must be deposed have heavy travel schedules and counsel were unable to depose the witnesses by the deadline. Also, arrangements need to be made to travel to the states of the witnesses to depose the witnesses.

3.    The parties request, therefore, that the Pretrial Schedule in this matter be modified as follows:

    C    Plaintiffs shall designate their expert witnesses no later than April 18, 2005;

    C    Defendants shall designate their expert witnesses no later than May 18,

2005;

C   Depositions of all fact witnesses shall be completed no later than May 27, 2005;

C   All expert depositions shall be completed no later than June 10, 2005; and

C   All dispositive motions shall be filed no later than July 15, 2005.

WHEREFORE, for the foregoing reasons, counsel respectfully request that all dates in the Stipulated Joint Pretrial Scheduled, approved November 19, 2004, be extended as set forth above, and such other and further relief as the case may require.

/s/ | /s/
--- | ---
_____ | _____
Charles G. Byrd, Jr. | Peter V. Taylor
Alston & Byrd | Schmeltzer, Aptaker & Shepard, P.C.
2518 Maryland Avenue | 2600 Virginia Avenue, NW, Suite 1000
Baltimore, Maryland 21218 | Washington, DC 20037
410-235-7811 | 202-333-8800
 | 
Attorney for Plaintiffs | Attorney for Defendants

**SO ORDERED** this _____ day of _____, 2005.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE