IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES T. ROBINSON, SR. *et al.* | * |
| Plaintiffs, | * |
| v. | *   CIVIL ACTION NO. CCB-03-CV-460 |
| ALLIED DOMECQ QUICK SERVICE, *et al.* | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO AMEND STIPULATED JOINT PRETRIAL SCHEDULE**

The parties, by their undersigned attorneys, move that certain dates in the Stipulated Joint Pretrial Schedule, approved by the Court on November 19, 2004, and previously extended by the Court on March 10, 2005, upon an earlier Joint Motion of the parties, be extended again as set forth in detail below. In support thereof, the parties state as follows:

1. The earlier schedule proposed by the parties and adopted by the Court provided no explicit deadlines for expert reports and other expert disclosures pursuant to F.R.Civ.P. 26(a)(2).

2. A dispute arose between the parties concerning the adequacy of Plaintiffs' expert designation and the resulting inability of the Defendants to designate their own experts. Counsel met and conferred about this issue several times, most recently on May 18, 2005. As a result, the parties agreed to file this Joint Motion, extending the deadlines as set forth below.

3. The parties request, therefore, that the Pretrial Schedule in this matter be modified as follows:

- C Plaintiffs shall serve all reports of their expert witnesses, and other information required by F.R.Civ.P. 26(a)(2), no later than July 18, 2005;

- C Defendants shall serve all reports of their expert witnesses, and other information required by F.R.Civ.P. 26(a)(2), no later than September 19, 2005;

- C Depositions of all fact witnesses shall be completed no later than July 27, 2005;

- C All expert depositions shall be completed no later than October 21, 2005; and

- C All dispositive motions shall be filed no later than November 23, 2005.

WHEREFORE, for the foregoing reasons, counsel respectfully request that certain dates in the Stipulated Joint Pretrial Scheduled, approved November 19, 2004, and as previously extended on March 10, 2005, be extended again as set forth above, and such other and further relief as the case may require.

/s/                                                /s/

_____     _____
Charles G. Byrd, Jr.                              Peter V. Taylor
Alston & Byrd                                           Schmeltzer, Aptaker & Shepard, P.C.
2518 Maryland Avenue                         2600 Virginia Avenue, NW, Suite 1000
Baltimore, Maryland 21218                   Washington, DC 20037
410-235-7811                                              202-333-8800

Attorney for Plaintiffs                                  Attorney for Defendants

**SO ORDERED** this _____ day of _____, 2005.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE