# ALSTON & BYRD
ATTORNEYS AT LAW

| ANNAPOLIS OFFICE | BALTIMORE OFFICE | GREENBELT OFFICE |
|---|---|---|
| 1419 FOREST DRIVE, SUITE 205 | 2518 MARYLAND AVENUE | 6301 IVY LANE, SUITE 700 |
| ANNAPOLIS, MARYLAND 21403 | BALTIMORE, MARYLAND 21218 | GREENBELT, MARYLAND 20770 |
| (410) 269-6111 | (410) 235-7811 | (301) 313-9005 |
| (410) 268-9081 (FAX) | (410) 889-1098 (FAX) | (301) 313-9010 (FAX) |

September 1, 2005

The Honorable Catherine C. Blake
United States District Court
for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    Charles T. Robinson, Sr., et al. v. Allied Domecq Quick Service, et al.
              Case No. CCB-03-CV-460

Dear Judge Blake:

    I represent the Plaintiffs in the above-referenced case, Charles T. Robinson, Sr. and Silverback, LLC.

    I would first like to apologize on behalf of all parties for not providing a status report by July 27, 2005. Mr. Taylor was on vacation in July and experienced the death of his mother. I have been out of town and/or in trial since July 30, 2005.

    In any event, the Plaintiffs have conducted depositions of all fact witnesses except an employee of the Defendants named Bill Bode. The Defendants have indicated a desire to depose certain loan officers of the Harbor Bank of Maryland and the Development Credit Fund, Inc. However, due to the events mentioned above, the depositions have not yet taken place. According to the current Scheduling Order, expert depositions are to be completed by October 21, 2005. No expert depositions have been taken.

    Instead of going forward with the depositions, the parties have begun settlement discussions. I hope that within the next two weeks I will be able to report to you that the case has settled.

*Direct all calls and correspondence to the Baltimore, Maryland Office*

The Honorable Catherine C. Blake
September 1, 2005
Page 2

There are no pending motions and the Plaintiff does not intend to file a dispositive pretrial motion. If the case does not settle, I believe that the Defendants intend to file a dispositive pretrial motion. If the case does not settle, the case is to be tried before a jury. It is anticipated that the trial will take four (4) days.

Thank you for your attention to this matter.

Respectfully yours,

Charles G. Byrd, Jr.

CGB/wyf

cc: Peter V. Taylor, Esquire