# ALSTON & BYRD
### ATTORNEYS AT LAW

| ANNAPOLIS OFFICE | BALTIMORE OFFICE | GREENBELT OFFICE |
|---|---|---|
| 1419 FOREST DRIVE, SUITE 205 | 2518 MARYLAND AVENUE | 6301 IVY LANE, SUITE 700 |
| ANNAPOLIS, MARYLAND 21403 | BALTIMORE, MARYLAND 21218 | GREENBELT, MARYLAND 20770 |
| (410) 269-6111 | (410) 235-7811 | (301) 313-9005 |
| (410) 268-9081 (FAX) | (410) 889-1098 (FAX) | (301) 313-9010 (FAX) |

October 5, 2005

The Honorable Catherine C. Blake
United States District Court
 for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    Charles T. Robinson, Sr., *et al.* v. Dunkin' Donuts, Incorporated, *et al.*
            In the United States District Court for the District of Maryland
            Case No. CCB-03-CV-460

Dear Judge Blake:

    I am pleased to advise you that the parties in the above-referenced case have agreed to a settlement, and that the settlement is expected to be consummated within the next 30 days. Accordingly, a settlement order pursuant to Local Rule 111 appears to be appropriate.

    Thank you for your attention to this matter.

Respectfully yours,

Charles G. Byrd, Jr.

CGB/wyf

cc: Peter V. Taylor, Esquire

*Direct all calls and correspondence to the Baltimore, Maryland Office*