IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES T. ROBINSON, SR. *et al.* | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO. CCB-03-CV-460 |
| DUNKIN' DONUTS INCORPORATED, *et al.* | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATED ORDER OF DISMISSAL

Charles T. Robinson, Sr., Silverback, LLC, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co. hereby jointly move to dismiss all claims against each other with prejudice, each party to bears its own costs, including attorneys' fees.

Respectfully submitted,

_____           _____
Charles G. Byrd, Jr.                                          Peter V. Taylor
Alston & Byrd                                                   Schmeltzer, Aptaker & Shepard, P.C.
2518 Maryland Avenue                                    2600 Virginia Avenue, NW, Suite 1000
Baltimore, Maryland 21218                            Washington, DC 20037
410-235-7811                                                    202-333-8800
Attorney for Plaintiffs                                       Attorney for Defendants

Dated: October _____, 2005.

SO ORDERED this _____ day of _____, 2005.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE